# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

INFINITY ENERGY SERVICES, LLC

NO.   2021 CW 0974

VERSUS

DAVID L. FREEMAN

**OCTOBER 25, 2021**

---

In Re:   David L. Freeman, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 189982.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

> PMc
> JEW
> MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT